440 A.2d 1254

Commonwealth v. Price, Appellant.

Argued September 2, 1981. M. Scot Curran, for appellant; Debbie O'Dell, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Judgment of sentence affirmed.

440 A.2d 1254

Commonwealth v. Stroman, Appellant.

Submitted September 1, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

The order of the lower court is affirmed.